Nicholas J. Bontrager, Esq. (SBN 252114)
Krohn & Moss, Ltd.
10474 Santa Monica Blvd., Suite 401
Los Angeles, CA 90025
Tel: 323-988-2400
Fax: 866-583-3695
magruss@consumerlawcenter.com

Attorneys for Plaintiff,
ELIZABETH STEWART

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA
## SACRAMENTO DIVISION

| | |
|---|---|
| ELIZABETH STEWART, | )   **Case No.:** |
| | ) |
| Plaintiff, | )   **VERIFIED COMPLAINT AND DEMAND** |
| | )   **FOR JURY TRIAL** |
| vs. | ) |
| | )   **(Unlawful Debt Collection Practices)** |
| RELIANT RECOVERY SERVICES, INC., | ) |
| | ) |
| Defendant. | ) |
| | ) |

## VERIFIED COMPLAINT

ELIZABETH STEWART ("Plaintiff"), by her attorneys, KROHN & MOSS, LTD.,

alleges the following against RELIANT RECOVERY SERVICES, INC., ("Defendant"):

### INTRODUCTION

1. Count I of Plaintiff's Complaint is based on the Fair Debt Collection Practices Act, *15 U.S.C. 1692 et seq.* ("FDCPA").

2. Count II of the Plaintiff's Complaint is based on Rosenthal Fair Debt Collection Practices Act, *Cal. Civ. Code §1788 et seq.* ("RFDCPA").

### JURISDICTION AND VENUE

3. Jurisdiction of this court arises pursuant to *15 U.S.C. 1692k(d)*, which states that such actions may be brought and heard before "any appropriate United States district court

without regard to the amount in controversy," and *28 U.S.C. 1367* grants this court supplemental jurisdiction over the state claims contained therein.

4. Defendant is located and conducts business in the state of California, and therefore, personal jurisdiction is established.

*5.* Venue is proper pursuant to *28 U.S.C. 1391(b)(2)*.

6. Declaratory relief is available pursuant to *28 U.S.C. 2201 and 2202*.

## PARTIES

7. Plaintiff is a natural person residing in Sacramento, Sacramento County, California.

8. Plaintiff is a consumer as that term is defined by *15 U.S.C. 1692a(3)*, and according to Defendant, Plaintiff allegedly owes a debt as that term is defined by *15 U.S.C. 1692a(5)* and *Cal. Civ. Code § 1788.2(h)*.

9. Defendant is a debt collector as that term is defined by *15 U.S.C. 1692a(6)* and *Cal. Civ. Code §1788.2(c)*, and sought to collect a consumer debt from Plaintiff.

10. Defendant is a company located in Glendora, California.

11. Defendant acted through its agents, employees, officers, members, directors, heirs, successors, assigns, principals, trustees, sureties, subrogees, representatives, and insurers.

## FACTUAL ALLEGATIONS

12. Defendant constantly and continuously placed collection calls to Plaintiff seeking and demanding payment for an alleged debt relating a bill from Western Dental.

13. Defendant places calls to Plaintiff home and cellular telephone.

14. Defendant places calls from a 800-793-6555 telephone number.

15. Defendant fails to leave messages when Plaintiff does not answer its calls.

16. Defendant hangs up when Plaintiff answers its calls.

17. Defendant places calls to Plaintiff and fails to identify itself.

- 2 -

18. Defendant fails to identify itself as a debt collector in subsequent communications with Plaintiff.

19. Defendant threatened to take legal action against Plaintiff.

20. Defendant made representations to Plaintiff with the intent to lead Plaintiff to believe that her son was in trouble.

21. Defendant did not send a debt validation letter to Plaintiff.

**COUNT I**
**DEFENDANT VIOLATED THE FAIR DEBT COLLECTION PRACTICES ACT**

22. Defendant violated the FDCPA based on the following:

   a. Defendant violated *§1692d(5)* of the FDCPA by causing a telephone to ring repeatedly and continuously with the intent to annoy, abuse, and harass Plaintiff.

   b. Defendant violated *§1692d(6)* of the FDCPA by failing to give meaningful disclosures of the caller's identity.

   c. Defendant violated *§1692e(5)* of the FDCPA by threatening to take legal action against Plaintiff even though Defendant has not and does not intend to take such action.

   d. Defendant violated *§1692e(10)* of the FDCPA by false statements and/or deceptive means in an attempt to collect a debt.

   e. Defendant violated *§1692e(11)* of the FDCPA by failing to disclose in subsequent communications that the communication was from a debt collector.

   f. Defendant violated *§1692g(a)(1-5)* by failing to provide appropriate notice of the debt within 5 days after the initial communication including: (1) the amount of the debt; (2) the name of the creditor to whom the debt is owed; (3) a statement that unless the consumer, within 30 days after receipt of the notice, disputes the validity of the debt, or any portion thereof, the debt will be assumed to be valid by the debt collector; (4) a statement that if the consumer notifies the debt

VERIFIED COMPLAINT

collector in writing within the 30-day period that the debt, or any portion thereof, is disputed, the debt collector will obtain verification of the debt or a copy of a judgment against the consumer and a copy of such verification or judgment will be mailed to the consumer by the debt collector; and (5) a statement that, upon the consumer's written request within the 30-day period, the debt collector will provide the consumer with the name and address of the original creditor, if different from the current creditor.

23. As a direct and proximate result of one or more or all of the statutory violations above Plaintiff has suffered emotional distress (see Exhibit A).

WHEREFORE, Plaintiff, ELIZABETH STEWART, respectfully requests judgment be entered against Defendant, RELIANT RECOVERY SERVICES, INC., for the following:

24. Declaratory judgment that Defendant's conduct violated the Fair Debt Collection Practices Act,

25. Statutory damages pursuant to the Fair Debt Collection Practices Act, *15 U.S.C. 1692k*,

26. Actual damages,

27. Costs and reasonable attorneys' fees pursuant to the Fair Debt Collection Practices Act, *15 U.S.C. 1692k*

28. Any other relief that this Honorable Court deems appropriate.

**COUNT II**
**DEFENDANT VIOLATED THE ROSENTHAL FAIR DEBT COLLECTION PRACTICES ACT**

29. Plaintiff repeats and re-alleges all of the allegations in Count I of Plaintiff's Complaint as the allegations in Count II of Plaintiff's Complaint.

30. Defendant violated the RFDCPA based on the following:

a. Defendant violated *§1788.11(b)* of the RFDCPA by placing telephone calls without disclosing the callers identity.

- 4 -

VERIFIED COMPLAINT

b. Defendant violated *§1788.11(d)* of the RFDCPA by causing Plaintiff's telephone to ring repeatedly and continuously so as to annoy Plaintiff.

c. Defendant violated *§1788.11(e)* of the RFDCPA by placing collection calls to Plaintiff with such frequency that was unreasonable and constituted harassment.

d. Defendant violated the *§1788.13(j)* of the RFDCPA by falsely representing that legal proceedings have been or are about to be instituted unless Plaintiff pays her alleged consumer debt.

e. Defendant violated the *§1788.17* of the RFDCPA by continuously failing to comply with the statutory regulations contained within the FDCPA, *15 U.S.C. § 1692 et seq.*

31. As a direct and proximate result of one or more or all of the statutory violations above Plaintiff has suffered emotional distress (see Exhibit A).

WHEREFORE, Plaintiff, ELIZABETH STEWART, respectfully requests judgment be entered against Defendant, RELIANT RECOVERY SERVICES, INC., for the following:

32. Declaratory judgment that Defendant's conduct violated the Rosenthal Fair Debt Collection Practices Act,

*33.* Statutory damages pursuant to the Rosenthal Fair Debt Collection Practices Act, *Cal. Civ. Code §1788.30(b)*,

34. Actual damages,

35. Costs and reasonable attorneys' fees pursuant to the Rosenthal Fair Debt Collection Practices Act, *Cal. Civ Code § 1788.30(c)*, and

36. Any other relief that this Honorable Court deems appropriate.

VERIFIED COMPLAINT

## **DEMAND FOR JURY TRIAL**

PLEASE TAKE NOTICE that Plaintiff, ELIZABETH STEWART, demands a jury trial in this case.

RESPECTFULLY SUBMITTED,

DATED:  August 6, 2009                              KROHN & MOSS, LTD.


By:   /s/ Nicholas J. Bontrager

                                      Nicholas J. Bontrager
                                      Attorney for Plaintiff

- 6 -

VERIFIED COMPLAINT

## <u>VERIFICATION OF COMPLAINT AND CERTIFICATION</u>

1

STATE OF CALIFORNIA

2

3      Plaintiff, ELIZABETH STEWART, states as follows:

4      1.   I am the Plaintiff in this civil proceeding.
       2.   I have read the above-entitled civil Complaint prepared by my attorneys and I believe
5           that all of the facts contained in it are true, to the best of my knowledge, information
            and belief formed after reasonable inquiry.
6      3.   I believe that this civil Complaint is well grounded in fact and warranted by existing
            law or by a good faith argument for the extension, modification or reversal of existing
7           law.
       4.   I believe that this civil Complaint is not interposed for any improper purpose, such as
8           to harass any Defendant(s), cause unnecessary delay to any Defendant(s), or create a
            needless increase in the cost of litigation to any Defendant(s), named in the
9           Complaint.
       5.   I have filed this Complaint in good faith and solely for the purposes set forth in it.
10     6.   Each and every exhibit I have provided to my attorneys which has been attached to
            this Complaint is a true and correct copy of the original.
11     7.   Except for clearly indicated redactions made by my attorneys where appropriate, I
            have not altered, changed, modified or fabricated these exhibits, except that some of
12          the attached exhibits may contain some of my own handwritten notations.

13          Pursuant to 28 U.S.C. § 1746(2), I, ELIZABETH STEWART, hereby declare (or
certify, verify or state) under penalty of perjury that the foregoing is true and correct.

14

15   DATE: _7-24-09_                    _Elizabeth Stewart_
                                         ELIZABETH STEWART

16

17

18

19

20

21

22

23

24

25

- 7 -

VERIFIED COMPLAINT

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

# **EXHIBIT A**

VERIFIED COMPLAINT

I have suffered from the following due to, or made worse by, the actions of the Defendant's debt collection activities:

1. Sleeplessness — YES  NO
2. Fear of answering the telephone — (YES)  NO
3. Nervousness — (YES)  NO
4. Fear of answering the door — YES  NO
5. Embarrassment when speaking with family or friends — YES  NO
6. Depressions (sad, anxious, or "empty" moods) — YES  NO
7. Chest pains — YES  NO
8. Feelings of hopelessness, pessimism — YES  NO
9. Feelings of guilt, worthlessness, helplessness — YES  NO
10. Appetite and/or weight loss or overeating and weight gain — YES  NO
11. Thoughts of death, suicide or suicide attempts — YES  NO
12. Restlessness or irritability — YES  NO
13. Headache, nausea, chronic pain or fatigue — (YES)  NO
14. Negative impact on my job — YES  NO
15. Negative impact on my relationships — YES  NO

Other physical or emotional symptoms you believe are associated with abusive debt collection activities: _____
_____
_____
_____
_____
_____
_____

*Pursuant to 28 U.S.C. § 1746(2), I hereby declare (or certify, verify or state) under penalty of perjury that the foregoing is true and correct.*

Dated: _7 - 24-09_

Elizabeth Stewart
Signed Name

Elizabeth STEWART
Printed Name